**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ADAM HILL
ADC #601559** **PLAINTIFF**

**v.** **No. 4:26-cv-495-DPM**

**CHRIS BUDNIK, Warden, ADC; ALLISON, Deputy Warden, ADC; CORY EVANS, Chief of Security/Building Major, ADC; DAVID MCSPADDEN, Chaplain "Pal's Program", ADC; DEXTER PAYNE, Director, ADC; WILLIAM STRAUGHN, Chief Deputy Director, ADC; REX LAY, Deputy Director, Grimes Unit; and RICHARD LEE, Lieutenant, ADC** **DEFENDANTS**

**ORDER**

**1.** The Court withdraws the reference.

**2.** Motion to dismiss, *Doc. 11*, granted. Fed. R. Civ. P. 41(a). His complaint will be dismissed without prejudice. Motion for preliminary injunctive relief, *Doc. 9*, denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 September 2026