IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADAM HILL
ADC #601559 PLAINTIFF

v. No. 4:26-cv-495-DPM

CHRIS BUDNIK, Warden, ADC; ALLISON, Deputy Warden, ADC; CORY EVANS, Chief of Security/Building Major, ADC; DAVID MCSPADDEN, Chaplain "Pal's Program", ADC; DEXTER PAYNE, Director, ADC; WILLIAM STRAUGHN, Chief Deputy Director, ADC; REX LAY, Deputy Director, Grimes Unit; and RICHARD LEE, Lieutenant, ADC DEFENDANTS

# JUDGMENT

Hill's complaint is dismissed without prejudice.

.

D.P. Marshall Jr.
United States District Judge

14 September 2026